**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2261**

_____

CECIL ALAN HILL,

Plaintiff - Appellant,

versus

PITT-OHIO EXPRESS, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CA-00-1219)

_____

Submitted: March 14, 2002          Decided: March 21, 2002

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cecil Alan Hill, Appellant Pro Se. John R. Hoblitzell, KAY, CASTO & CHANEY, Charleston, West Virginia; Sidney R. Steinberg, Ruth R. Schwartz, POST & SCHELL, P.C., Philadelphia, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cecil Alan Hill appeals the district court's order dismissing his wrongful termination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hill v. Pitt-Ohio Express, Inc., No. CA-00-1219 (S.D.W. Va. Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED